## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3014-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GILBERTO ZUNIGA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the bond assignment submitted by the defendant (filing 20),

IT IS ORDERED that the motion to release bond (filing 72) to the law firm of Berry & Kelly is granted.  The Clerk of Court shall remit the proceeds of Mr. Zuniga's bond to the law firm of Berry & Kelly.

September 13, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge