IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3014-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GILBERTO ZUNIGA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the filing of the consent and direction to release bond (filing 75),

IT IS ORDERED that the Clerk of the Court shall release the bond to the Law Firm of Berry and Kelley.

October 12, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge